*WO*

## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Enrique Ulises Ballesteros-Corral,<br><br>            Petitioner,<br><br>    vs.<br><br>United States of America,<br><br>            Respondent. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV-05-740-TUC-FRZ<br>          CR-04-1797-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #38 in CR-04-1797-TUC-FRZ) is **DENIED** and this case (CV-05-740-TUC-FRZ) is **DISMISSED**.

January 5, 2006                         RICHARD H. WEARE
Date                                            CLERK

                                       *S/ M.  Michelle Mejia*

                                         M.  Michelle Mejia
                                            Deputy Clerk

Copies to:
J/B, FRZ, Ballesteros-Corral, all Counsel